**FARMERS UNION CO-OPERATIVE ASS'N v. STRONG et al.**

No. 13390—Opinion Filed April 1, 1924.

**Appeal and Error—Notice of Appeal—Necessity.**

Where the record fails to show that the plaintiff in error gave notice in open court of his intention to appeal, this court is without jurisdiction, and the appeal will be dismissed.

(Syllabus by Ray, C.)

Commissioners' Opinion, Division No. 1.

Error from District Court, Custer County; Thomas A. Edwards, Judge.

Action by Farmers Union Co-operative Association, a corporation, against C. R. Strong and P. G. Newkirk. Judgment for defendants, and plaintiff appeals. Dismissed.

A. E. Darnell, for plaintiff in error.

A. J. Welch and E. L. Mitchell, for defendants in error.

Opinion by RAY, C. It is not made to

appear from the case-made that the plaintiff in error gave notice at the time judgment was rendered or within 10 days thereafter, or at any other time, of its intention to appeal and this court is without jurisdiction to entertain the appeal.

The appeal is therefore dismissed.

By the Court: It is so ordered.